PROB 12A
(REVISED 5/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Mahri C. Hawkins</u>   Case Number: <u>3:07-00060</u>

Name of Sentencing Judicial Officer: <u>Honorable Todd J. Campbell, United States District Judge</u>

Date of Original Sentence: <u>December 3, 2007</u>

Original Offense: <u>18 U.S.C. § 922(g)(1) Felon in Possession of a Firearm</u>

Original Sentence: <u>87 months' custody followed by three years' supervised release</u>

Type of Supervision: <u>Supervised release</u>   Date Supervision Commenced: <u>March 17, 2014</u>

Assistant U.S. Attorney: <u>Philip Wehby</u>   Defense Attorney: <u>David Baker</u>

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

_/s/ Kimberly Haney_
Kimberly Haney
U.S. Probation Officer

Considered this __6__ day of __June__, 2014,
and made a part of the records in the above case.

_/s/ Todd Campbell_
Todd J. Campbell
U.S. District Judge

Place    Nashville, Tennessee

Date    June 5, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1. **The defendant shall not commit another federal, state, or local crime.**

    On April 10, 2014, Mahri C. Hawkins received a misdemeanor citation for Driving on a Suspended License in Nashville, Davidson County, Tennessee. He was booked on May 2, 2014. Mr. Hawkins is scheduled to appear in court on July 10, 2014.

    According to the misdemeanor citation, on April 10, 2014, at approximately 5:15 a.m., Mr. Hawkins was observed driving on Brick Church Pike with a broken headlight. The police officers conducted a traffic stop and made contact with Mr. Hawkins. The police officer conducted a computer check of Mr. Hawkins's driver's license was found to be suspended.

### Compliance with Supervision Conditions and Prior Interventions:

Mahri C. Hawkins started his term of supervised release on March 17, 2014. His term of supervision expires on March 16, 2014. He is employed at Lyke-NU Cleaning Solutions.

On April 14, 2014, Mr. Hawkins contacted the probation officer and advised he received a citation for Driving on a Suspended License while he was on his way to work. His girlfriend usually takes him to work, but she could not take him that day. The probation officer instructed him to bring the citation to the probation office.

Mr. Hawkins was instructed not to drive again until he has obtained a valid driver's license. He was also advised the Court will be notified of this violation.

### U.S. Probation Officer Recommendation:

At this time, the probation officer is requesting that no additional action be taken by the Court.

It is recommended Mr. Hawkins continue on supervised release with increased monitoring by the probation officer. Any further non-compliant behavior will be promptly reported to Your Honor.

The U. S. Attorney's Office has been advised of the offender's noncompliance and concurs with this recommendation

Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer